1012

[No. 1374-3. Division Three. November 12, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DEMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18819, Walter A. Stauffacher, J., entered December 2, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 1143-3. Division Three. November 13, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3117, James J. Lawless, J., entered April 5, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1280-3. Division Three. November 13, 1975.]

J. A. HEPBURN, *Respondent*, v. HOWARD CURTIS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 21681, B. J. McLean, J., entered July 26, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 2727-1. Division One. November 17, 1975.]

JOHN A. DILWORTH III, *Respondent*, v. DAVID H. VAN OMMEREN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 740816, Charles Z. Smith, J. Pro Tem., entered December 6, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Farris, J.